IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FICEP CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 19-1994-RGA |
| | : | |
| PEDDINGHAUS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**NOTICE BY PLAINTIFF FICEP CORPORATION**

Plaintiff Ficep Corporation ("Ficep"), by and through its attorneys, hereby provides notice to the Court regarding the conduct and resolution of *inter partes* review ("IPR") proceedings initiated by Defendant Peddinghaus Corporation ("Peddinghaus") before the Patent Trial and Appeal Board ("PTAB"). On October 1, 2020, Peddinghaus filed an IPR petition in which it challenged the validity of Claims 1-14 of U.S. Patent No. 7,974,719 ("the '719 patent"). On May 11, 2021, the PTAB found that Peddinghaus "*ha[d] not shown* a reasonable likelihood of prevailing on any challenged claim" and issued a decision **denying** institution of IPR on the '719 patent.  (Ex. A at 1-2 (emphasis in original).)

1

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel: | /s/ *Robert M. Vrana*<br>Adam W. Poff (No. 3990)<br>Robert M. Vrana (No. 5666)<br>1000 N. King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>rvrana@ycst.com |
| Matthew B. Lowrie<br>Kevin M. Littman<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199-7610<br>(617) 342-4000<br>mlowrie@foley.com<br>klittman@foley.com | *Attorneys for Plaintiff Ficep Corporation* |

Dated: June 7, 2021

28209434