IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FICEP CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 19-1994-RGA |
| v. ) | |
| ) | |
| PEDDINGHAUS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT APPENDIX OF CLAIM CONSTRUCTION MATERIALS**

Pursuant to Paragraph 8 of the Scheduling Order (D.I. 40), the parties submit the following Joint Appendix of materials cited in the parties' claim construction brief. Exhibits A through F have previously been attached to the parties' Joint Claim Construction Chart (D.I. 69).

| EXHIBIT | EVIDENCE |
|---|---|
| Exhibit G | *Peddinghaus Corp. v. Ficep Corp.*, Case IPR2020-01707, Paper No. 1 (PTAB Oct. 1, 2020) |
| Exhibit H | *Peddinghaus Corp. v. Ficep Corp.*, Case IPR2020-01707, Paper No. 11 (PTAB Mar. 11, 2021) |
| Exhibit I | *Peddinghaus Corp. v. Ficep Corp.*, Case IPR2020-01707, Paper No. 17 (PTAB Oct. 18, 2021) |
| Exhibit J | *Peddinghaus Corp. v. Ficep Corp.*, Case IPR2020-01707, Ex. 1020, Memorandum Opinion in *Ficep Corporation v. Voortman USA Corp.,* Case No. WDQ-13-0429, Dkt. 70, (D. Md., Mar. 24, 2015) |
| Exhibit K | '719 Patent Prosecution History, Office Action of 9/17/2020 |
| Exhibit L | U.S. Patent Application No. 2005/0044133 A1 (Hashimoto) |

| EXHIBIT | EVIDENCE |
|---|---|
| Exhibit M | *Peddinghaus Corp. v. Ficep Corp.*, Case IPR2020-01707, Ex. 2003, Ficep's Reply Brief In Support of Its Motion For Summary Judgment in *Ficep Corporation v. Voortman USA Corp.,* Case No. WDQ-13-0429, Dkt. 107, (D. Md., Feb. 9, 2016) (pages 12-13 only) |
| Exhibit N | *Peddinghaus Corp. v. Ficep Corp.*, Case IPR2020-01707, Ex. 2001, Memorandum and Order Re: Summary Judgment (Feb. 6, 2007) in *Ficep Corporation v. Voortman USA Corp.,* Case No. WDQ-13-0429, Dkt. 155, (D. Md., Feb. 6, 2017) |
| Exhibit O | Definition of "identify" from Merriam-Webster Online Dictionary |
| Exhibit P | Definition of "locate" from Merriam-Webster Online Dictionary |
| Exhibit Q | Declaration of Tim Chapman |

*/s/ Robert M. Vrana*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com

Of Counsel:

Matthew B. Lowrie
Kevin M. Littman
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2500
Boston, MA 02199-7610
(617) 342-4000
mlowrie@foley.com
klittman@foley.com

Sarah Rieger
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-4900
srieger@foley.com

*Attorneys for Plaintiff Ficep Corporation*

Dated:  January 19, 2022

*/s/ Kelly E. Farnan*
Kelly E. Farnan
RICHARDS, LAYTON, FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

Of Counsel:
Stephanie P. Koh
John W. McBride
Jason P. Greenhut
Leif E. Peterson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
skoh@sidley.com
jwmcbride@sidley.com
jgreenhut@sidley.com
leif.peteson@sidley.com

*Attorneys for Defendant Peddinghaus Corporation*

29019481